UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00224-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DAVID LEE YOUNG, II, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to First Step Act (Doc. No. 48). Also before the Court is Defendant's pro se Motion to Vacate Sentence (Doc. No. 45).

The Court hereby ORDERS the Government to respond to Defendant's motions. The Government shall have **ninety (90) days** from the date of this Order to file its response with the Court. The response should address both the Motion to Reduce Sentence (Doc. No. 48) as well as the Motion to Vacate Sentence (Doc. No. 45). The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: June 1, 2020

Frank D. Whitney
Chief United States District Judge

1